UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HUMBERTO M. GARZA, #0530816, | § § § |
| *Plaintiff,* | § § |
| vs. | §  CIVIL NO. SA-19-CV-0451-OLG(ESC) |
| | § |
| OFFICER F/N/U RIOS and OFFICER F/N/U GARCIA, Correctional Officers at GEO Facility, | § § § § |
| *Defendants.* | § § |

## ORDER DIRECTING A RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE

On May 10, 2019, Plaintiff was ordered to show cause within twenty-one (21) days why his Complaint should not be dismissed pursuant to §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1), for failure to state a claim by filing an amended complaint, of no more than twenty pages, addressing the deficiencies discussed in this Court's Order [#6].

Since that date, Plaintiff has filed a Notice of Change of Address [#7], Motion for Access to Law Library [#8], two Advisories [#9 and #11], and most recently, a Motion for Reconsideration [#12], and a Motion for Service [#13]. In his most recent Advisory [#11], which is directed to the Clerk of the Court, Plaintiff states he has not been advised about serving the Defendants, has not received a copy of his Complaint, and has not received confirmation of his change of address. To date, Plaintiff has not responded to this Court's Order to Show Cause.

Accordingly, **IT IS ORDERED** that on or before July 12, 2019, Plaintiff must respond to this Court's Order to Show Cause, a copy of which shall be attached to this Order.

1

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion for Reconsideration [#12] and Motion for Service [#13] are **DENIED**.

Plaintiff is advised that if he does not respond to the Show Cause Order [#6] **on or before July 12, 2019**, his Complaint may also be dismissed for failure to prosecute and failure to comply with this Order. *See* Fed. R. Civ. P. 41(b).

SIGNED this 25th day of June, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE